## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 13-11158 (BLS) |
| CPI CORP., et al.,[1] | Chapter 7 |
| Debtor. | |
| MARY MEHAN and GENE HOFFMAN, Individually and on behalf of all other similarly situated former employees, | |
| Plaintiffs, | Adv. Proc. No. 13-51037 (BLS) |
| v. | |
| CPI CORP., | |
| Defendant. | |
| MARY MEHAN and GENE HOFFMAN, Individually and on behalf of all other similarly situated former employees, | |
| Plaintiffs, | Adv. Proc. No. 13-51038 (BLS) |
| v. | |
| CPI Canadian Holdings, Inc., | |
| Defendant. | |

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JULY 24, 2013 AT 1:00 P.M.

**Any party who wishes to participate in the teleconference must register with CourtCall by telephone (888-882-6878) or by facsimile (866- 883-2946) no later than 1:45 p.m. (prevailing Eastern Time) on June 24, 2013.**

---

[1] The Debtors in these cases are CPI Corp, Bella Pictures Holdings, LLC, Centrics Technology, Inc., Consumer Programs, Inc., Consumer Programs Partner, Inc., CPI Canadian Holdings, Inc., CPI Images, LLC, CPI International Holdings, Inc., CPI Prints Plus, Inc., CPI Research & Development, Inc., CPI Technology Corp., Image Source, Inc., Myportraits.com, Inc., Ridgedale Prints Plus, Inc., Sandy Realty Holdings, LLC, and Texas Portraits, L.P.

[2] Amended items appear in bold.

## RESOLVED MATTERS:

1.   Chapter 7 Trustees Motion for Entry of (I) Order Authorizing the Employment of Logistics International LLC as a Professional Logistical Company to Assist the Chapter 7 Trustee, Nunc Pro Tunc to May 20, 2013, Pursuant to 11 U.S.C. § 363, and (II) Interim and Final Orders Authorizing Chapter 7 Trustee to Obtain Funding Needed to Compensate Logistics International, LLC Pursuant to 11 U.S.C. §§ 105, 362, 363, and 364 and Rule 4001 of the Federal Rules of Bankruptcy Procedure  [Filed on May 30, 2013; Docket No. 41].

Response Deadline:                         July 8, 2013 at 4:00 p.m.

Responses/Objections Received:     None

Related Documents:

(a) Motion to Shorten With Respect to Chapter 7 Trustees Motion for Entry of (I) Order Authorizing the Employment of Logistics International LLC as a Professional Logistical Company to Assist the Chapter 7 Trustee, Nunc Pro Tunc to May 20, 2013, Pursuant to 11 U.S.C. § 363, and (II) Interim and Final Orders Authorizing Chapter 7 Trustee to Obtain Funding Needed to Compensate Logistics International, LLC Pursuant to 11 U.S.C. §§ 105, 362, 363, and 364 and Rule 4001 of the Federal Rules of Bankruptcy Procedure  [Filed on May 30, 2013; Docket No. 42]

(b) Order Granting Motion to Shorten Notice and Objection Periods and Setting Expedited Hearing for 5/31/13 at 1:45 p.m. in Regards to the Trustee's Motion for Entry of (I) Order Authorizing the Employment of Logistics International LLC as a Professional Logistical Company to Assist the Chapter 7 Trustee, Nunc Pro Tunc to May 20, 2013, Pursuant to 11 U.S.C. § 363, and (II) Interim and Final Orders Authorizing Chapter 7 Trustee to Obtain Funding Needed to Compensate Logistics International, LLC Pursuant to 11 U.S.C. §§ 105, 362, 363, and 364 and Rule 4001 of the Federal Rules of Bankruptcy Procedure [Filed on May 31, 2013; Docket No. 44]

(c) Certification of Counsel Regarding the Trustee's Motion for Entry of (I) Order Authorizing the Employment of Logistics International LLC as a Professional Logistical Company to Assist the Chapter 7 Trustee, Nunc Pro Tunc to May 29, 2013, Pursuant to 11 U.S.C. § 363[Filed on May 31, 2013; Docket No. 49]

(d) Order Authorizing The Employment Of Logistics International LLC As A Professional Logistical Company To Assist The Chapter 7 Trustee, Nunc Pro Tunc To May 29, 2013.  [Filed on May 31, 2013; Docket No. 51]

(e) Order (INTERIM) Authorizing Chapter 7 Trustee To Obtain Funding Needed To Compensate Logistics International, LLC. [Filed on May 31, 2013; Docket No. 53]

(f) Exhibit(s) B (Form of Removal Certification) to Affidavit of Brain Park [Filed on May 31, 2013; Docket No. 54]

(g) Order Approving Stipulation Authorizing Surcharge for the Chapter 7 Trustee's Commissions and Expenses and Compensation of the Chapter 7 Trustee's Professionals [Filed on June 20, 2013; Docket No. 94]

(h) Order (FINAL) Authorizing Chapter 7 Trustee To Obtain Funding Needed To Compensate Logistics International, LLC  [Filed on June 26, 2013; Docket No. 121]

Status:        The Order has been entered.  This matter is resolved.


2.    Motion of IPFS Corporation for Adequate Protection Or, In the Alternative, for Relief from the Automatic Stay [Filed on June 3, 2013; Docket No. 57].

Response Deadline:    June 17, 2013 at 4:00 p.m.;
                      extended to June 24, 2013 for the Trustee

Responses/Objections Received:

(a)    Response to the Motion of IPFS Corporation for Adequate Protection or, in the Alternative, for Relief from the Automatic Stay [Filed on June 24, 2013; Docket No. 108]

Related Documents:

(a) Affidavit in Support of Motion of IPFS Corporation for Adequate Protection Or, In the Alternative, for Relief from the Automatic Stay [Filed on June 3, 2013; Docket No. 59]

(b) Re-Notice of Hearing Regarding Motion of IPFS Corporation for Adequate Protection Or, In the Alternative, for Relief from the Automatic Stay [Filed on June 10, 2013; Docket No. 73]

(c) Certification of Counsel Regarding Motion of IPFS Corporation for Adequate Protection Or, In the Alternative, for Relief from the Automatic Stay  [Filed on June 26, 2013; Docket No. 124]

(d) Order (AGREED) Granting Motion of IPFS Corporation For Adequate Protection or, In The Alternative, For Relief From The Automatic Stay [Filed on June 26, 2013; Docket No. 126]

Status:                      The Order has been entered.  This matter is resolved.

3.      Trustees Omnibus Motion for an Order, Under 11 U.S.C. §§ 105(a), 365(a) and 554(a), Authorizing the Chapter 7 Trustee to (I) Reject Certain Leases Nunc Pro Tunc to June 187, 103, and (II) Abandon Certain De Minimis Personal Property at the Location of the Leases [Filed on June 16, 2013; Docket No. 89].

Response Deadline:                      July 8, 2013 at 4:00 p.m.

Responses/Objections Received:      None

Related Documents:

(a)   Affidavit of Service of Armando Zubiate, Rust Consulting/Omni Bankruptcy regarding the Notice of Chapter 7 Trustees Omnibus Motion for an Order, Under 11 U.S.C. §§ 105(a), 365(a) and 554(a), Authorizing the Chapter 7 Trustee to (I) Reject Certain Leases Nunc Pro Tunc to June 17, 2013, and (II) Abandon Certain De Minimis Personal Property at the Location of the Leases [Filed on June 21, 2013; Docket No. 101]

(b)   Affidavit/Declaration of Service of Armando Zubiate of Rust Consulting/Omni Bankruptcy regarding Trustee's Omnibus Motion for an Order, Under 11 U.S.C. §§ 105(a), 365(a) and 554(a), Authorizing the Chapter 7 Trustee to (I) Reject Certain Leases Nunc Pro Tunc to June 187, 103, and (II) Abandon Certain De Minimis Personal Property at the Location of the Leases [Filed on July 2, 2013; Docket No. 128]

(c)   Certification of Counsel Regarding the Trustee's Omnibus Motion for an Order, Under 11 U.S.C. §§ 105(a), 365(a) and 554(a), Authorizing the Chapter 7 Trustee to (I) Reject Certain Leases Nunc Pro Tunc to June 17, 2013, and (II) Abandon Certain De Minimis Personal Property at the Location of the Leases [Filed on July 9, 2013; Docket No. 132]

(d)   Order (AGREED) Resolving Chapter 7 Trustee's Omnibus Motion for an Order Authorizing the Chapter 7 Trustee to (I) Reject Certain Leases Nunc Pro Tunc to June 17, 2013, and (II) Abandon Certain De Minimis Personal Property at the Locations of the Leases [Filed on July 16, 2013; Docket No. 141]

Status:                      The Order has been entered.  This matter is resolved.


**CONTINUED MATTERS**

4.      Pretrial Conference for Mary Mehan and Gene Hoffman, individually and on behalf of all other similarly situated former employees v. CPI Corp. Adv. Pro. No. 13-51037

Response Deadline:    July 5, 2013 at 4:00 p.m.

Responses/Objections Received:    None

Related Documents:

> (a)    Complaint for (1) Violation of the WARN Act 29 U.S.C. 2101, et. Seq. and (2) State Wage Payment Laws [Filed on May 3, 2013; Adv.    Docket No. 1];

> (b)    Summons and Notice of Pretrial Conference [Filed on May 6, 2013;  Adv. Docket No. 3]

> (c)    Order Approving Stipulation Extending Time to Answer or Otherwise Respond to Plaintiffs' Complaint [Filed on June 10, 2013; Adv.  Docket No. 11]

> (d)    Motion to Dismiss the Complaint [Filed on July 5, 2013; Adv. Docket No. 14]

> (e)    Memorandum of Law in Support of the Motion to Dismiss the Complaint [Filed on July 5, 2013; Adv. Docket No. 15]

Status:    The parties intend to submit a stipulation and order under certification of counsel continuing the pretrial conference and extending the briefing schedule for the pending motions.

5.    Pretrial Conference for Mary Mehan and Gene Hoffman, individually and on behalf of all other similarly situated former employees v. CPI Canadian Holdings, Inc. Adv. Pro. No. 13-51038

Response Deadline:    July 5, 2013 at 4:00 p.m.

Responses/Objections Received:    None

Related Documents:

> (a)    Complaint for (1) Violation of the WARN Act 29 U.S.C. 2101, et. Seq. and (2) State Wage Payment Laws [Filed on May 3, 2013; Adv.    Docket No. 1];

> (b)    Summons and Notice of Pretrial Conference [Filed on May 6, 2013;  Adv. Docket No. 3]

> (c)    Certification of Counsel with proposed Order Approving Stipulation Extending Time to Answer or Otherwise Respond to Plaintiffs' Complaint [Filed on June 24, 2013; Adv. Docket No. 8]

      (d)    Motion to Dismiss the Complaint [Filed on July 8, 2013; Adv. Docket No. 11]

      (e)    Memorandum of Law in Support of the Motion to Dismiss the Complaint [Filed on July 8, 2013; Adv. Docket No. 12]

<u>Status</u>:    The parties intend to submit a stipulation and order under certification of counsel continuing the pretrial conference and extending the briefing schedule for the pending motions.

## **MATTERS GOING FORWARD:**

6.    Motion of Trustee Pursuant To Bankruptcy Code Sections 105, 363 And Rules 2002, 6004, 6006 And 9014 Of The Federal Rules Of Bankruptcy Procedures For (I) An Order (A) Approving The Stalking Horse Asset Purchase Agreement And Break-Up Fee Relating To The Sale Of Certain Assets of the Debtors, Subject To Higher And Better Offers, Free And Clear Of Liens, Claims, Encumbrances And Interests, (B) Approving The Notice And Sale Procedures Related Thereto, and (C) Setting Auction And Hearing Dates; And (II) An Order (A) Approving The Sale of Certain Assets of the Debtors, And (B) Granting Related Relief [Filed on May 30, 2013; Docket No. 39].

<u>Response Deadline</u>:        July 18, 2013 at 1:45 p.m.

<u>Responses/Objections Received</u>:

      (a)  Objection of The Revenue Commissioner Office to the Sale of the Property Free and Clear of Liens [Filed on June 18, 2013; Docket No. 92]

      (b)  Limited Objection of The Macerich Company to the (1) Motion For Sale of Property under Section 363(b) Motion of Trustee Pursuant To Bankruptcy Code Sections 105, 363 And Rules 2002, 6004, 6006 And 9014 Of The Federal Rules Of Bankruptcy Procedures For (I) An Order (A) Approving The Stalking Horse Asset Purchase Agreement And Break-Up Fee Relating To The Sale Of Certain Assets of the Debtors, Subject To Higher And Better Offers, Free And Clear Of Liens, Claims, Encumbrances And Interests, (B) Approving The Notice And Sale Procedures Related Thereto, and (C) Setting Auction And Hearing Dates; And (II) An Order (A) Approving The Sale of Certain Assets of the Debtors, And (B) Granting Related Relief; and (2) Chapter 7 Trustee's Second Omnibus Motion for an Order, Under 11 U.S.C. §§ 105(a), 365(a) and 554(a), Authorizing the Chapter 7 Trustee to (I) Reject Certain Unexpired Leases Identified on Exhibit 1 Hereto, Nunc Pro Tunc to June 21, 2013; (II) Reject Certain Other Unexpired Leases Not Identified on Exhibits 1 and 2 Hereto, Nunc Pro Tunc to June 21, 2013; and (III) Abandon Certain De Minimis Personal Property at the Locations of the Rejected Leases, Nunc Pro Tunc to June 21, 2013 [Filed on July 3, 2013; Docket No. 130]

(c) Reservation of Rights Regarding the Chapter 7 Trustees Motion for an Order Approving the Sale of Certain Assets of the Debtors  [Filed on July 18, 2013; Docket No. 144]

(d) **Objection Of Brown Ave Holdings LLC to Motion of Chapter 7 Trustee Pursuant to Bankruptcy Code Sections 105, 363 and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure for (I) an Order (A) Approving the Stalking Horse Bidder Asset Purchase Agreement and Break-Up Fee Relating to the Sale of Certain Assets of the Debtors, Subject to Higher and Better Offers, Free and Clear of Liens, Claims and Encumbrances, (B) Approving the Notice and Sale Procedures Related Thereto, and (C) Setting Auction and Hearing Dates; and (II) An Order (A) Approving the Sale of Certain Assets of the Debtors, and (B) Granting Related Relief  [Filed on July 19, 2013; Docket No. 145]**

Related Documents:

(e) Motion to Shorten Notice With Respect to Motion of Trustee Pursuant To Bankruptcy Code Sections 105, 363 And Rules 2002, 6004, 6006 And 9014 Of The Federal Rules Of Bankruptcy Procedures For (I) An Order (A) Approving The Stalking Horse Asset Purchase Agreement And Break-Up Fee Relating To The Sale Of Certain Assets of the Debtors, Subject To Higher And Better Offers, Free And Clear Of Liens, Claims, Encumbrances And Interests, (B) Approving The Notice And Sale Procedures Related Thereto, and (C) Setting Auction And Hearing Dates; And (II) An Order (A) Approving The Sale of Certain Assets of the Debtors, And (B) Granting Related Relief [Filed on May 30, 2013; Docket No. 40]

(f) Order Granting the Motion to Shorten Time for Notice and Setting Hearing [Filed on May 31, 2013; Docket No. 43]

(g) Order (A) Approving The Stalking Horse Asset Purchase Agreement And The Break-Up Fee Relating To The Sale Of Certain Of The Assets Of The Debtors, Subject To Higher And Better Offers, Free And Clear Of Liens, Claims And Encumbrances, (B) Approving The Notice And Sale Procedures Related Thereto, And (C) Setting Auction And Hearing Dates  [Filed on May 31, 2013; Docket No. 52]

(h) Amended Notice of Bid Deadline, Auction and Sale Hearing for the Approval of the Sale of Certain of the Assets of the Debtors [Filed on June 20, 2013; Docket No. 99]

(i) Amended Notice of Hearing of Bid Deadline, Auction and Sale Hearing for the Approval of the Sale of Certain of the Assets of the Debtors. [Filed on June 20, 2013; Docket No. 100]

(j) Second Amended Notice of Bid Deadline, Auction and Sale Hearing for the Approval of Certain Assets of the Debtors [Filed on July 10, 2013; Docket No. 136]

Status:                    This matter is going forward.

7.      Notice of Abandonment of Property Filed by Charles A Stanziale, Jr. As Chapter 7 Trustee [Filed on June 21, 2013; Docket No. 91].

Response Deadline:                    July 5, 2013 at 1:45 p.m.

Responses/Objections Received:

(a) Limited Objection of The Macerich Company to the (1) Motion For Sale of Property under Section 363(b) Motion of Trustee Pursuant To Bankruptcy Code Sections 105, 363 And Rules 2002, 6004, 6006 And 9014 Of The Federal Rules Of Bankruptcy Procedures For (I) An Order (A) Approving The Stalking Horse Asset Purchase Agreement And Break-Up Fee Relating To The Sale Of Certain Assets of the Debtors, Subject To Higher And Better Offers, Free And Clear Of Liens, Claims, Encumbrances And Interests, (B) Approving The Notice And Sale Procedures Related Thereto, and (C) Setting Auction And Hearing Dates; And (II) An Order (A) Approving The Sale of Certain Assets of the Debtors, And (B) Granting Related Relief; and (2) Chapter 7 Trustee's Second Omnibus Motion for an Order, Under 11 U.S.C. §§ 105(a), 365(a) and 554(a), Authorizing the Chapter 7 Trustee to (I) Reject Certain Unexpired Leases Identified on Exhibit 1 Hereto, Nunc Pro Tunc to June 21, 2013; (II) Reject Certain Other Unexpired Leases Not Identified on Exhibits 1 and 2 Hereto, Nunc Pro Tunc to June 21, 2013; and (III) Abandon Certain De Minimis Personal Property at the Locations of the Rejected Leases, Nunc Pro Tunc to June 21, 2013 [Filed on July 3, 2013; Docket No. 130]

Related Documents:

(b) BNC Certificate of Mailing [Filed on June 21, 2013; Docket No. 107]

Status:                    This matter is going forward.

8.      Chapter 7 Trustees Second Omnibus Motion for an Order, Under 11 U.S.C. §§ 105(A), 365(A) and 554(A), Authorizing the Chapter 7 Trustee to (I) Reject Certain Unexpired Leases Identified On Exhibit 1 Hereto, Nunc Pro Tunc to June 21, 2013; (II) Reject Certain Other Unexpired Leases Not Identified on Exhibits 1 and 2 Hereto, Nunc Pro Tunc To June 21, 2013; and (III)) Abandon Certain De Minimis Personal Property at the Locations of the Rejected Leases, Nunc Pro Tunc To June 21, 2013 [Filed on June 21, 2013; Docket No. 102].

Response Deadline:                    July 5, 2013 at 1:45 p.m.

Responses/Objections Received:

> (c) Limited Objection of The Macerich Company to the (1) Motion For Sale of Property under Section 363(b) Motion of Trustee Pursuant To Bankruptcy Code Sections 105, 363 And Rules 2002, 6004, 6006 And 9014 Of The Federal Rules Of Bankruptcy Procedures For (I) An Order (A) Approving The Stalking Horse Asset Purchase Agreement And Break-Up Fee Relating To The Sale Of Certain Assets of the Debtors, Subject To Higher And Better Offers, Free And Clear Of Liens, Claims, Encumbrances And Interests, (B) Approving The Notice And Sale Procedures Related Thereto, and (C) Setting Auction And Hearing Dates; And (II) An Order (A) Approving The Sale of Certain Assets of the Debtors, And (B) Granting Related Relief; and (2) Chapter 7 Trustee's Second Omnibus Motion for an Order, Under 11 U.S.C. §§ 105(a), 365(a) and 554(a), Authorizing the Chapter 7 Trustee to (I) Reject Certain Unexpired Leases Identified on Exhibit 1 Hereto, Nunc Pro Tunc to June 21, 2013; (II) Reject Certain Other Unexpired Leases Not Identified on Exhibits 1 and 2 Hereto, Nunc Pro Tunc to June 21, 2013; and (III) Abandon Certain De Minimis Personal Property at the Locations of the Rejected Leases, Nunc Pro Tunc to June 21, 2013 [Filed on July 3, 2013; Docket No. 130]

> (d) **Objection Of Brown Ave Holdings LLC to Motion of Chapter 7 Trustee Pursuant to Bankruptcy Code Sections 105, 363 and Rules 2002, 6004, 6006 and 9014 of the Federal Rules of Bankruptcy Procedure for (I) an Order (A) Approving the Stalking Horse Bidder Asset Purchase Agreement and Break-Up Fee Relating to the Sale of Certain Assets of the Debtors, Subject to Higher and Better Offers, Free and Clear of Liens, Claims and Encumbrances, (B) Approving the Notice and Sale Procedures Related Thereto, and (C) Setting Auction and Hearing Dates; and (II) An Order (A) Approving the Sale of Certain Assets of the Debtors, and (B) Granting Related Relief  [Filed on July 19, 2013; Docket No. 145]**

Related Documents:                    N/A

Status:                 This matter is going forward.

Dated: July 22, 2013
       Wilmington, Delaware            **McCARTER & ENGLISH, LLP**

                                       By:  */s/ Katharine L. Mayer*
                                       Katharine L. Mayer (DE # 3758)
                                       405 N. King Street, 8th Floor
                                       Wilmington, DE 19801
                                       Telephone: (302) 984-6300
                                       kmayer@mccarter.com

*- and -*
Charles A. Stanziale, Jr., Esquire
Jeffrey T. Testa, Esquire
Scott H. Bernstein, Esquire
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
jtesta@mccarter.com
sbernstein@mccarter.com
*Proposed Attorneys for the Chapter 7 Trustee*